UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronald Lee McCormick            Docket No. 4:11-CR-102-1FL

Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Lee McCormick, who, upon an earlier plea of guilty to Possession of Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 12, 2012, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Ronald Lee McCormick was released from custody on September 7, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 16, 2016, the defendant provided a urine specimen which later tested positive for marijuana and cocaine. When confronted with the results, the defendant admitted the use and a voluntary admission was signed. The defendant has also failed to comply with the Surprise Urinalysis Program. The defendant failed to provide tests on November 3, November 29, December 6, and December 28, 2016. The defendant was referred to drug treatment on October 1, 2016, and has failed to attend any sessions. As a sanction for this conduct, we are recommending 5 days in the custody of the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined to the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Tiffany C. Peacock
Eddie J. Smith            Tiffany C. Peacock
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-354-2545
           Executed On: January 12, 2017

**Ronald Lee McCormick**
**Docket No. 4:11-CR-102-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___13th___ day of _____January_____, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge